IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN WHITE, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| TERESA DELBALSO, et al., | : | |
| Respondents. | : | No. 17-443 |

**FILED MAR 09 2017 KATE BARKMAN, Clerk By: _____ Dep. Clerk**

## ORDER

**WENDY BEETLESTONE, J.**

AND NOW, this 9th day of March, 2017, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for a Writ of Habeas Corpus (doc. 1) is DENIED with prejudice;

3. The Motion to File Successive Habeas Corpus Application (doc. 3) is DENIED with prejudice;

4. The Motion to Stay in Abeyance or Suspense (doc. 2) is DENIED with prejudice;

5. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

ENTERED
MAR 09 2017
CLERK OF COURT